# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ADONNIS I. CARSWELL,

               Petitioner/Defendant

    v.                                         **Civil Action No.** 1:16-CV-241
                                                            arising out of 1:04-CR-46

UNITED STATES OF AMERICA

               Respondent/Plaintiff

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

__ the plaintiff _____
recover from the defendant _____ the amount of
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment
interest at the rate of _____ % along with costs.

__ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant
recover costs from the plaintiff _____.

_X_ Other:   The court DENIES the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set
              Aside, or Correct Sentence by a Person in Federal Custody. The Court DECLINES
              to issue a Certificate of Appealability pursuant to 28 U.S.C. § 2253(c)(3).

This action was (*check one*):

__ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

__ tried by Judge _____ without a jury and the above decision was
reached.

_X_ decided by Judge Theresa L. Springmann on a Motion to Vacate, Set Aside, or Correct Sentence.

DATE:   December 5, 2016                           ROBERT N. TRGOVICH, CLERK OF COURT

                                                              By:  s/ L. Higgins-Conrad
                                                                     *Signature of Deputy Clerk*